# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Nunez v. Scism | : | CIVIL NO. 1:CV-10-2355 |
| | | : | |
| Inmate: | Jose Nunez | : | (Judge Conner) |
| | | : | |
| ID Number: | 38698-004 | : | |

## ORDER

On November 15, 2010, Jose Nunez, an inmate currently confined at the Allenwood Low Security Correctional Institution, White Deer, Pennsylvania, filed a habeas corpus petition without submitting a filing fee or a motion to proceed in forma pauperis. By Administrative Order dated November 18, 2010, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed in forma pauperis. Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

DATE: December 28, 2010